1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT CARLIN (CABN 123806)
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant
   RANDY DANIEL SHATTUCK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00700-DLJ |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; [] ORDER** |
| vs. | |
| RANDY DANIEL SHATTUCK, | |
| Defendant. | |

Plaintiff United States of America, by and through Assistant United States Attorney Timothy Lucey, and Defendant RANDY DANIEL SHATTUCK ("Mr. Shattuck"), by and through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the status conference in this case should be continued from December 20, 2012, at 9:00 a.m., to January 10, 2013, at 9:00 a.m.

1. Mr. Shattuck has been charged in a single count indictment with a violation of 18 U.S.C. § 1519.

2. A status conference before this Honorable Court has been scheduled for December 20, 2012, at 9:00 a.m.

1

3. Mr. Shattuck needs additional time to review and discuss with counsel the discovery that the United States has provided. Additionally, the parties are involved in ongoing and detailed discussions regarding possible resolutions of the case.

4. Accordingly, the parties respectfully request that the status hearing be continued as requested, and agree to the exclusion of time from December 20, 2012, to January 10, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(A).

IT IS SO STIPULATED.

                                  Respectfully submitted,

                                  STEVEN G. KALAR
                                  Federal Public Defender

                                ___/s/_____
Dated: December 19, 2012         ROBERT M. CARLIN
                                  Assistant Federal Public Defender

                                  MELINDA HAAG
                                  UNITED STATES ATTORNEY

Dated: December 19, 2012         ___/s/_____
                                  TIMOTHY LUCEY
                                  Assistant United States Attorney

STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant
RANDY DANIEL SHATTUCK,

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00700-DLJ |
| Plaintiff, | **] ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| RANDY DANIEL SHATTUCK,, | |
| Defendant. | |

1. Mr. Shattuck has been charged in a single count indictment with a violation of 18 U.S.C. § 1519.

2. A status conference before this Court has been scheduled for December 20, 2012, at 9:00 a.m.

3. Mr. Shattuck needs additional time to review and discuss with counsel the discovery that the United States has provided. Additionally, the parties are involved in ongoing and detailed discussions regarding possible resolutions of the case.

///

1    4.  The status hearing in this matter shall be continued from December 20, 2012, to
2  January 10, 2013, at 9:00 a.m., and time shall be excluded pursuant to 18 U.S.C. § 3161
3  (h)(7)(A).

     IT IS SO ORDERED.

     Dated: _____    _____
                                      HON. D. LOWELL JENSEN
                                      United States District Judge